# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 6, 2020

### NO. 03-19-00014-CV

**Vincent Thomas Jackson, Appellant**

**v.**

**Lynda Jane Jackson, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
AFFIRMED IN PART; REVERSED IN PART -- OPINION BY JUSTICE TRIANA
CONCURRING AND DISSENTING OPINION BY JUSTICE SMITH**

This is an appeal from the final decree of divorce signed by the trial court on January 2, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, the Court affirms the trial court's order in part and reverses the order in part. The Court reverses the portion of the final divorce decree enjoining Vincent from allowing Daughter to be in the presence of Beeson's child, but affirms the portion enjoining Vincent from allowing Daughter to be in the presence of Beeson. Each party shall each bear its own costs relating to this appeal, both in this Court and in the court below.